Index # 07 civ. 4043

Purchased/Filed: May 23, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Trustees of the Bricklayers and Allied Craftworkers; Et al                    Plaintiff

against

Archetype Construction Corp.; et al                    Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**                    Approx. Age:    45 yrs

Weight:  155 Lbs  Height:      5'5      Sex:  Female  Color of skin:    White

Hair color:  Blonde   Other:

_____ Robin Brandow _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on            June 4, 2007         , at   11:00am  , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____ Summons and Complaint, Judge's Individual Rules, Instructions, Guidelines and Procedures _____ on

_____ Archetype Construction Corp. _____ , the

Defendant in this action, by delivering to and leaving with                Donna Christie                ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of         40.00      dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

4th   day of            June, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice•Work Order #** 0712168