Our File # 25935

Date Received:
Client File #

UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK

COUNTY OF

Case # 07 CIV. 4043
Index #
Date of Filing

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 5 NEW YORK RETIREMENT, WELFARE, LABOR MANAGEMENT COALITION AND APPRENTICE TRAINING AND JOURNEYMEN UPGRADING FUNDS, AND BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 NEW YORK

Plaintiff

**AFFIDAVIT OF SERVICE**

against

ARCHETYPE CONSTRUCTION CORP., ET AL

Defendant

STATE OF NEW YORK, COUNTY OF WESTCHESTER  ss: JOHN WILLIAMS The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the STATE OF NEW YORK
That on JUNE 6 2007 at 1:05PM., at 147 BROADWAY, HAWTHORNE, NY 10532
Deponent served the within

SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGE'S INDIVIDUAL RULES, USDC/SDNY INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, USDC/SDNY PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING

☐ Papers served had endorsed thereon index # and date of filing

On DUARTE PEREIRA

☐ **Individual** by delivering a true copy of each to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

☒ **Suitable Age Person** by delivering thereat a true copy of each to MS CONNORS-CO-WORKER a person of suitable age and discretion. Said premises is recipient's ☒ actual place of business ☐ dwelling place ☐ usual place of abode ☐ last known address within the state. Person spoken to verified that defendant actually resides/is employed at these premises.

☐ **Affixing To Door** by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ last known address---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: Address Confirmed by

☒ **Mailing** On 6/8/07 deponent enclosed a copy of same in first class envelope properly addressed to recipient's last known ☐ Residence ☒ Business at: 147 BROADWAY, HAWTHORNE, NY 10532
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. The envelope was placed in an official depository under the exclusive care and custody of the U.S. Postal Service.

☒ **Description**
☐ Male   ☒ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female ☐ Black Skin    ☒ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"     ☒ 100-130 Lbs.
         ☐ Yellow Skin   ☐ Blonde Hair  ☐ Mustache     ☒ 36-50 Yrs.   ☐ 5'4"-5'8"     ☐ 131-160 Lbs.
         ☐ Brown Skin    ☐ Gray Hair    ☐ Beard        ☐ 51-65 Yrs.   ☒ 5'9"-6'0"     ☐ 161-200 Lbs.
         ☐ White/Hispanic ☐ Red Hair    ☐ Glasses      ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

☒ **Military** Defendant in the above entitled action. In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said Defendant is not in the military service at the present time.

Sworn to before me on

June 8, 2007

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, _____

JOHN WILLIAMS