UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 5 NEW YORK
RETIREMENT, WELFARE, LABOR MANAGEMENT
COALITION and APPRENTICE TRAINING AND
JOURNEYMEN UPGRADING FUNDS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
LOCAL 5 NEW YORK,

**ECF CASE**

**VOLUNTARY WITHDRAWAL
AND ORDER
DISCONTINUING ACTION**

**07 CIV 4043 (SCR)(GAY)**

Plaintiffs

- against -

ARCHETYPE CONSTRUCTION CORP. and
DUARTE PERERIA, Individually,

Defendants.
------------------------------------------------------------------X

**WHEREAS**, to avoid the expense and inconvenience of continued litigation and the parties having agreed to settle this action, this action is

**HEREBY VOLUNTARILY WITHDRAWN** by the plaintiffs and acknowledged that this action be discontinued with prejudice and without costs.

Dated:   August 9, 2007

GELLERT & KLEIN, P.C.

BY: _____
Stephen E. Ehlers (SE-3064)
Attorneys for Plaintiffs
75 Washington Street
Poughkeepsie, NY 12601
(845) 454-3250

SO ORDERED September 12, 2007

_____
Hon. Stephen C. Robinson, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

F:\USER\clients\H\HVDC\Archetype\Legal\VOLUNTARY WITHDRAWAL.wpd\August 9, 2007 (2:04pm)